RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_Lambrose@fd.org

Attorney for Albert Raul Franco

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-356-APG-PAL |
| Plaintiff, | **STIPULATION TO TEMPORARILY MODIFY PRETRIAL RELEASE CONDITIONS** |
| v. | |
| ALBERT RAUL FRANCO | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Peter Levitt, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for Albert Franco, that Mr. Franco's pretrial release condition of home confinement be temporarily modified to permit Mr. Franco to travel to San Bernardino, California. *See* "minutes of initial appearance." [ECF 11].

IT IS FURTHER STIPULATED AND AGREED that this temporary modification is to allow Mr. Franco to travel to San Bernardino, California for 48 hours to move his furniture and belongings to Las Vegas, Nevada.

IT IS FURTHER STIPULATED AND AGREED that Mr. Franco will provide pretrial services with his travel itinerary and the address where he will be staying while he is in San Bernardino, California.

DATED this 6th day of December, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Margaret Lambrose*<br>By_____<br>MARGARET LAMBROSE<br>Assistant Federal Public Defender | */s/ Peter Levitt*<br>By_____<br>PETER LEVITT<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ALBERT RAUL FRANCO<br><br>    Defendant. | Case No. Case No. 2:18-cr-356-APG-PAL<br><br>ORDER |

IT IS THEREFORE ORDERED that Albert Franco's pretrial release condition of home confinement be temporarily modified to allow Mr. Franco to travel to San Bernardino, California for 48 hours in order to move his furniture and personal belongings to Las Vegas, Nevada.

IT IS FURTHER ORDERED that Mr. Franco will provide pretrial services with his travel itinerary and the address where he will be staying while he is in San Bernardino, California.

DATED this 7th day of December, 2018.

UNITED STATES MAGISTRATE JUDGE