# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ALBERT RAUL FRANCO,<br><br>    Defendant. | 2:18-cr-00356-APG-PAL<br><br>**ORDER** |

Before the court is the Unopposed Motion to Modify Pretrial Release Conditions (ECF NO. 31).

Accordingly,

IT IS HEREBY ORDERED that any opposition to the Unopposed Motion to Modify Pretrial Release Conditions (ECF NO. 31) must be filed on or before January 22, 2019.

DATED this 14th day of January, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE