RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_Lambrose@fd.org

Attorney for Albert Raul Franco

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-356-APG-CWH |
| Plaintiff, | **STIPULATION TO MODIFY PRETRIAL RELEASE CONDITIONS** |
| v. | |
| ALBERT RAUL FRANCO, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Peter S. Levitt, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for Albert Raul Franco, that Mr. Franco's, pretrial release condition of home confinement be modified. Pretrial services does not object to the modification.

IT IS HEREBY STIPULATED AND AGREED that this modification will allow Mr. Franco to travel between the State of Nevada and Southern California.

/ / /

/ / /

IT IS FURTHER STIPULATED AND AGREED that Mr. Franco will provide a 3 day notice to pretrial prior to traveling to Southern California.

DATED this 6th day of May, 2019.

| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| */s/ Margaret W. Lambrose*<br>By_____<br>MARGARET W. LAMBROSE<br>Assistant Federal Public Defender | */s/ Peter S. Levitt*<br>By_____<br>PETER S. LEVITT<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

                               DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-356-APG-CWH |
| Plaintiff, | ORDER |
| v. | |
| ALBERT RAUL FRANCO, | |
| Defendant. | |

    IT IS THEREFORE ORDERED that Albert Raul Franco's pretrial release condition of home confinement is modified to allow Mr. Franco to travel within the state of Nevada and to Southern California

    IT IS FURTHER ORDERED that Mr. Franco will provide a 3 day notice to pretrial prior to traveling to Southern California.

    DATED this 8th day of May, 2019.

                                            _____
                                            UNITED STATES MAGISTRATE JUDGE