# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff<br><br>v.<br><br>ALBERT RAUL FRANCO,<br><br>     Defendant | Case No.: 2:18-cr-00356-APG-DJA<br><br>**Order Rescheduling Revocation Hearing and Sentencing Hearing and Unsealing Filings**<br><br>[ECF No. 93] |

The parties have stipulated to move the sentencing hearing for defendant Albert Franco. ECF No. 93. I previously entered an order and a summons for Mr. Franco to appear for a revocation hearing based upon allegations by the Probation Office. ECF Nos. 86, 87, 88. I set the revocation hearing for the same time as the sentencing hearing.

I will grant the parties' stipulation and move the sentencing hearing out at least 45 days as requested by the parties because Mr. Franco's counsel needs additional time to prepare. ECF No. 93 at 2. But I will not move the revocation hearing out that far.

I THEREFORE ORDER the clerk to unseal the Petition (ECF No. 86), my prior order (ECF No. 87), and the Summons (ECF No. 88).

I FURTHER ORDER that the parties stipulation **(ECF No. 93) is granted**. The sentencing hearing currently scheduled for May 13, 2020 at 2:30 p.m. is vacated and continued to **July 1, 2020 at the hour of 2:00 pm**.

I FURTHER ORDER that the hearing on the Petition (ECF No. 86) currently scheduled for May 13, 2020 at 2:30 p.m. is vacated and continued to **May 20, 2020, 3:00 pm**. The hearing will be conducted **in-person** in Las Vegas Courtroom 6C.


I FURTHER ORDER Probation Officer Zach Bowen to immediately email to Franco's counsel copies of the Petition (ECF No. 86), my prior order (ECF No. 87), the Summons (ECF No. 88), and this order.

DATED this 11th day of May, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE