RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KATHRYN C. NEWMAN
Assistant Federal Public Defender
Nevada State Bar No. 13733
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Kathryn_Newman@fd.org

Attorney for Albert Raul Franco

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>ALBERT RAUL FRANCO,<br><br>              Defendant. | Case No. 2:18-cr-00356-APG-DJA<br><br>**STIPULATION TO CONTINUE**<br>**COMPASSIONATE RELEASE**<br>**MOTION SUPPLEMENT**<br>**DEADLINES**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Simon F. Kung, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Kathryn C. Newman, Assistant Federal Public Defender, counsel for Albert Raul Franco, that the deadline to supplement Defendant's Motion for Compassionate Release be extended to November 16, 2020 and that the deadline for the government's response be extended to December 2, 2020 .

This Stipulation is entered into for the following reasons:

1.      Defense counsel needs additional time to discuss the matter with the client and collect necessary information to supplement client's pro se Motion.

2.     In exchange for the stipulation for additional time, government counsel requested that the time within which to respond be similarly extended.

3.     The defendant is in custody and agrees with the need for the continuance.

4.     The parties agree to the continuance.

This is the first request for a continuance of the Compassionate Release Motion Supplement deadlines.

DATED this 2nd day of November, 2020.

RENE L. VALLADARES                      NICHOLAS A. TRUTANICH
Federal Public Defender                      United States Attorney


By /s/ Kathryn C. Newman                  By /s/ Simon F. Kung
KATHRYN C. NEWMAN                      SIMON F. KUNG
Assistant Federal Public Defender          Assistant United States Attorney

1
2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

3
4

UNITED STATES OF AMERICA,

    Case No. 2:18-cr-00356-APG-DJA

                    Plaintiff,

5

    **ORDER**

                v.

6
7

ALBERT RAUL FRANCO,

                    Defendant.

8
9

10          IT IS THEREFORE ORDERED that the deadline to supplement Defendant's Motion

11   for Compassionate Release be extended to November 16, 2020 and that the deadline for the

12   government's response be extended to December 2, 2020 .

13          DATED this 2nd day of November, 2020.

14
15

                                    _____

16                                  UNITED STATES DISTRICT JUDGE

17
18
19
20
21
22
23
24
25
26