**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff<br><br>v.<br><br>ALBERT RAUL FRANCO,<br><br>　　　Defendant | Case No.: 2:18-cr-00356-APG-DJA<br><br>**Order Granting Motion to Seal**<br><br>[ECF No. 126] |

　　　Defendant Albert Franco's motion to file under seal his confidential medical records in support of his motion for compassionate release **(ECF No. 126) is granted**. The documents filed at ECF No. 127 shall remain under seal.

　　　DATED this 17th day of November, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE