RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jackie_Witt@fd.org

Attorney for Albert Raul Franco

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ALBERT RAUL FRANCO,<br><br>        Defendant. | Case No. 2:18-cr-00356-APG-DJA-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Albert Raul Franco, that the Revocation Hearing currently scheduled on May 24, 2023, be vacated and continued to June 22, 2023 at 2:30 pm or a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

    1.    Defense counsel needs additional time to discuss this matter with Mr. Franco and conduct necessary investigation related to the allegations in the Petitions.

    2.    Mr. Franco is out of custody and agrees with the need for the continuance.

    3.    The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 22nd day of May, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Jacquelyn N. Witt<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | By /s/ Robert Knief<br>ROBERT KNIEF<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALBERT RAUL FRANCO,<br><br>Defendant. | Case No. 2:18-cr-00356-APG-DJA-1<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, May 24, 2023 at 10:00 a.m., be vacated and continued to June 22, 2023 at the hour of 2:30 p.m. in Courtroom 6C.

DATED this 23rd day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE

3